MGIC Financial Corporation *v.* Intra-State Development Corporation et al.

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*Lawrence M. Liebman,* for the appellee (plaintiff).

*Charles W. Page,* for the appellants (defendants).

Argued March 2—decided March 2, 1976

Angelo Tarquinio *v.* Nicholas C. Diglio

The defendant's motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*Francis J. Moran,* for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued March 2—decided March 2, 1976

Noel Fricke *v.* Carole G. Fricke

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Thomas F. Parker,* for the appellee (defendant).

*William F. Gallagher,* for the appellant (plaintiff).

Argued March 2—decided March 2, 1976

Edward Travis et al. *v.* Donald O. St. John

The defendant's motion dated January 27, 1976, to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.